# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| EPSON AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CURTIS INTERNATIONAL LTD., AND TECHNICOLOR SA, <br><br> Defendants. | Case No. 8:19-cv-01469-DOC-ADS <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL <br><br> Judge: Honorable David O. Carter <br> Dept.: 9D <br><br> Complaint Filed: July 31, 2019 |

Based upon the Stipulation of Dismissal filed by the parties to the above-captioned action on January 23, 2020, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, including attorneys' fees other than as agreed by the parties.

Dated: Santa Ana, California
        January  24 , 2020

                                          **SO ORDERED:**

                                          */s/ David O. Carter*
                                          Hon. David O. Carter
                                          United States District Court Judge